IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEADRUN L. TOLEFREE**                                                                        **PLAINTIFF**
**ADC #655673**

v.                              Case No. 5:13-cv-00255 KGB

**CONNIE HUBBARD, et al.**                                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young (Dkt. No. 36). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. Defendants' motion for summary judgment (Dkt. No. 28) is granted, and plaintiff's complaint is dismissed without prejudice.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

SO ORDERED this 11th day of April, 2014.

_____
Kristine G. Baker
United States District Judge