# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DEADRUN L. TOLEFREE**                                                                                                  **PLAINTIFF**
**ADC #655673**

v.                                          Case No. 5:13-cv-00255 KGB

**CONNIE HUBBARD, et al.**                                                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of April, 2014.

_____
Kristine G. Baker
United States District Judge